UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ZAKARIA JDAHIM and ABDELHAMID
MOHAMMED ISLAM AHMED,
*individually and on behalf of the collective
and class members,*

                                       Civil Action No.: 1:23-CV-6509

                Plaintiff,
   - against –                       **PROPOSED JUDGEMENT**

A1 ACCESSIBLE TRANSPORATION, LLC,
JERMAINE DELESTON and KAREEM NELSON,
*personally and individually*

                Defendants.
-------------------------------------------------------------------X

WHEREAS on March 5, 2024, Defendants A1 ACCESSIBLE TRANSPORTATION, LLC, JERMAINE DELESTON, and KAREEM NELSON extended to Plaintiffs ZAKARIA JDAHIM and ABDELHAMID MOHAMMED ISLAM AHMED an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), and whereas said Plaintiffs accepted said offer on March 6, 2024.

JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00).

Dated: New York, New York

_____3/14_____, 2024

                                                            *Paul A. Engelmayer*
                                                   JUDGE PAUL A. ENGELMAYER, U.S.D.J.